**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION at PIKEVILLE**
**CASE NO. 7:23-CV-00003-KKC**

**[ELECTRONICALLY FILED]**

**JOHN C. HUNTER,**                                                                                                     **PLAINTIFF**

**vs.**                                  **AGREED ORDER OF DISMISSAL**

**PIKE COUNTY, KENTUCKY, et al.**                                          **DEFENDANTS**

*** *** *** *** ***

By agreement of Plaintiff, John C. Hunter, and Defendants, Pike County, Kentucky; Brian Morris, in his individual capacity; Weston Lindsey, in his individual capacity; Danielle Blevins, in her individual capacity; Ryan Hicks, in his individual capacity: James Hardin, in his individual capacity; and Jonathan Allen, in his individual capacity (hereinafter "Defendants") and the Court having reviewed the record and being otherwise sufficiently advised, it is hereby and henceforth ORDERED AND ADJUDGED as follows:

1. All claims of the Plaintiff, John C. Hunter, as asserted against Defendants are DISMISSED WITH PREJUDICE, with said parties to be responsible for their costs and fees, including attorney fees.

2. This matter may now be stricken from the Court's active docket.

Respectfully submitted,

/s/ L. Scott Miller
Scott Miller
Derrick T. Wright
Savannah G. Baker
William D. Razor
STURGILL, TURNER, BARKER & MOLONEY, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
(859) 255-8581
smiller@sturgillturner.com
dwright@sturgillturner.com
sbaker@sturgillturner.com
wrazor@sturgillturner.com
*COUNSEL FOR DEFENDANTS PIKE COUNTY, KENTUCKY, BRIAN MORRIS, WESTON LINDSEY, DANIELLE BLEVINS, and RYAN HICKS*

/s/ Christian R. Harris (with permission)
Christian R. Harris
128 East Second Ave.
P.O. Box 257
Williamstown, WV 25661
crharris@suddenlinkmail.com

/s/ Jonathan C. Shaw (with permission)
Jonathan C. Shaw
Porter, Banks, Baldwin & Shaw, PLLC
327 Main Street
P.O. Drawer 1767
Paintsville, KY 41240-1767
jshaw@psbb-law.com

/s/ Olivia F. Amlung (with permission)
Jeffrey C. Mando
Olivia F. Amlung
Adams Law, PLLC
40 West Pike Street
Covington, KY 41011
jmando@adamsattorneys.com
oamlung@adamsattorneys.com

This 25th day of March, 2024.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY